**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-1974-REB-MJW

LARRY ROYBAL,

     Plaintiff,

v.

AVAYA CORPORATION,

     Defendant.

---

MINUTE ORDER

---

     Plaintiff's Voluntary Motion to Dismiss Second, Fourth, Fifth and Eighth Causes of Action [#36], filed on August 30, 2005, is DENIED without prejudice for failure to comply with the Electronic Case Filing Procedures V.C.1.  Plaintiff shall have until **September 6, 2005**, in which to re-file their motion in compliance with these procedures.

Dated:  August 31, 2005

-----------------------------------------------------------------------------------------------------------