**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-1974-REB-MJW

LARRY ROYBAL,

      Plaintiff,

v.

AVAYA CORPORATION,

      Defendant.

---

**ORDER**

---

**Blackburn, J.**

      The matter comes before the court on **Plaintiff's (Amended) Voluntary Motion to Dismiss Second, Fourth, Fifth and Eighth Causes of Action** [#38], filed on August 31, 2005.  After careful review of the motion and the file, the court has concluded that the motion should be granted and plaintiff's second, fourth, fifth and eighth causes of actions should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Plaintiff's (Amended) Voluntary Motion to Dismiss Second, Fourth, Fifth and Eighth Causes of Action** [#38], filed on August 31, 2005, is **GRANTED**; and

2.  That plaintiff's second, fourth, fifth and eighth causes of actions are

**DISMISSED WITHOUT PREJUDICE**.

Dated September 2, 2005, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge