# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  04-cv-01974-REB-MJW

LARRY ROYBAL,

    Plaintiff,

v.

AVAYA CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On December 16, 2005, the parties filed a **Stipulation of Dismissal with Prejudice** [#49].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal with Prejudice** [#49], filed December 16, 2005, is **APPROVED**;

2.  That this action is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for July 28, 2006, is **VACATED**; and

    4.  That the jury trial set to commence August 14, 2006, is **VACATED**.

Dated December 16, 2005, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge